# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Eddie Garcia Jimenez, DEFENDANT(S). | CASE NUMBER<br><br>SA CR 23-00017-JVS<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

~~Upon motion of~~ _____, IT IS ORDERED that a detention hearing is set for  TBD  , _____, ~~at _____ ☐ a.m. / ☐ p.m.~~ before the Honorable  Judge Wilner.  , ~~in Courtroom~~ _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal ~~or~~ _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __April 4, 2023__          _____
                                   Steve Kim, U.S. Magistrate Judge