FILED
CLERK, U.S. DISTRICT COURT
DEC - 8 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:23-CR-00017-JVS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Eddie Garcia Jimenez | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD Cal.__, for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __lack of stable residence;__ __substance use__

1
2
3           and/or
4  B.    (✓) The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the safety of any
6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7        finding is based on __ongoing drug abuse, new shoplifting__
8        __charges, lack of stable residence, poor adjustment to__
9        __supervision, criminal history__
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __12/8/25__                    _/s/ Karen E. Scott_
17                                        KAREN E. SCOTT
                                          UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28